ABDUL-MALIK #V-04586
Salinas Valley State Prison (C3-107)
P.O. Box 1050
Soledad, CA 93960

UNITED STATES POSTAGE
$01.14
PITNEY BOWES
SEP 13 2007
MAILED FROM ZIPCODE 93960
02 1A
0004397458

RECEIVED
SEP 20 2007
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
1300 Clay St #300
Oakland, CA 94612

U.S. MARSHALS SERVICE

District Court
Pro Se

LEGAL MAIL ONLY