07 4919 CW

**FILED**

SEP 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ZIMBABWE A. ABDUL-MALIK

Plaintiff,

CASE NO. C 07 4919 CW

vs.

Walkenhorst's

Defendant.

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS (PR)

I, Zimbabwe A. Abdul-Malik declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS               - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  DON'T REMEMBER. AND if I DO HAVE A JOB HERE AT the
5  prison, I DON'T KNOW BECAUSE they HAVEN'T let me WORK
6  AND WE stay on lock down
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                    Yes ___ No ✓
10          self employment
11     b.    Income from stocks, bonds,                 Yes ___ No ✓
12          or royalties?
13     c.    Rent payments?                             Yes ___ No ✓
14     d.    Pensions, annuities, or                    Yes ___ No ✓
15          life insurance payments?
16     e.    Federal or State welfare payments,         Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                              Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1        b.     List the persons other than your spouse who are dependent upon you for
2              support and indicate how much you contribute toward their support. (NOTE:
3              For minor children, list only their initials and ages. DO NOT INCLUDE
4              THEIR NAMES.).
5    _____
6    _____
7    5.    Do you own or are you buying a home?    Yes ____ No ✓
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.    Do you own an automobile?    Yes ____ No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ____ No ✓ If so, Total due: $_____
12   Monthly Payment: $ _____
13   7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ____ No ✓ Amount: $ ∅
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ____ No ✓
20   _____
21   8.    What are your monthly expenses?
22   Rent: $ ∅     Utilities: ∅
23   Food: $ ∅     Clothing: ∅
24   Charge Accounts:
25   Name of Account    Monthly Payment    Total Owed on This Acct.
26   ∅     $ ∅     $ ∅
27   ∅     $ ∅     $ ∅
28   ∅     $ ∅     $ ∅

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ No _____

_____ No _____

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9-5-07            [signature]

DATE             SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Abdul-Malik, Zimbabwe** V04584 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020       [prisoner name]

_____ where (s)he is confined.
        [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **1.96** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **5.84**.

Dated: **9/11/07**        _L. Macias_ (signature)
                             [Authorized officer of the institution]

```
REPORT ID: TS3030   .701                                              REPORT DATE: 09/10/07
                                                                      PAGE NO:            1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 10, 2007

ACCOUNT NUMBER : V04586                        BED/CELL NUMBER: FCB3T1000000107U
ACCOUNT NAME   : ABDUL-MALIK, ZIMBABWE            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                 TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION       COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------   ----   -----------       -------      ---------   --------   -----------   -------

03/01/2007      BEGINNING BALANCE                                                     0.00

04/30*DD34 EFT DEPOSIT O  3011 90444                          11.73                  11.73
05/02 W512 LEGAL POSTAGE  3023 ENVEL                                       0.45      11.28
05/10 W515 COPY CHARGE    3126 COPY                                        0.10      11.18
05/18 W502 POSTAGE CHARG  3222 PPOST                                       4.20       6.98
05/22 W516 LEGAL COPY CH  3278 LCOPY                                       1.00       5.98
06/01 W512 LEGAL POSTAGE  3377 ENVEL                                       0.20       5.78
06/14 FC03 DRAW-FAC 3     3541 C3                                          5.78       0.00
07/23 FR01 CANTEEN RETUR  700260                                           5.78-      5.78
07/26 W502 POSTAGE CHARG  0318 PPOST                                       0.78       5.00
08/22 W536 COPAY CHARGE   0585 COPAY                                       5.00       0.00


                              CURRENT HOLDS IN EFFECT

   DATE         HOLD
  PLACED        CODE        DESCRIPTION                  COMMENT        HOLD AMOUNT
-----------     ----   ---------------------          -------------     -----------

07/26/2007      H107   POSTAGE HOLD                    0318 PPOST           3.82
08/23/2007      H110   COPIES HOLD                     0589 COPY            0.12
08/23/2007      H109   LEGAL POSTAGE HOLD              0598 ENVEL           0.20
08/23/2007      H118   LEGAL COPIES HOLD               0598 LCOPY           0.20


                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/28/03                        CASE NUMBER: *GA045631
COUNTY CODE: *LA                                FINE AMOUNT: $   2,500.00

    DATE       TRANS.    DESCRIPTION                  TRANS. AMT.       BALANCE
  --------    -------   ------------------------    -------------     -----------

03/01/2007    BEGINNING BALANCE                                         2,500.00
```

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 10, 2007

ACCT: V04586　　　　ACCT NAME: ABDUL-MALIK, ZIMBABWE　　　　ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/28/03　　　　　　　　　　　　CASE NUMBER: *GA045631
COUNTY CODE: *LA　　　　　　　　　　　　　　　　FINE AMOUNT: $   2,500.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 04/30/07 | DR34 | REST DED-EFT DEPOSIT | 13.02- | 2,486.98 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 11.73 | 11.73 | 0.00 | 4.34 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  9/11/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY　R. Macias SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

4.34-