1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name ABDUL-MALIK   ZIMBABWE   A.

3 | (Last)   (First)   (Initial)

4 | Prisoner Number V-04586

5 | Institutional Address P.O. Box 1050 Soledad, CA 93560

6 | ========================================

7 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8 | ZIMBABWE Ali ABDUL-MALIK (Pro Per)
9 | (Enter the full name of plaintiff in this action.)

10 | vs.

11 | Walkenhorst (company) Ms. Patty

12 | 

Case No. C 07 4919 CW (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

13 |

14 | Patty (Employee)
(Enter the full name of the defendant(s) in this action)

15 |

16 | *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 | I.   Exhaustion of Administrative Remedies.

18 | [**Note:** You must exhaust your administrative remedies before your claim can go

19 | forward. The court will dismiss any unexhausted claims.]

20 | A.   Place of present confinement Salinas Valley State Prison

21 | B.   Is there a grievance procedure in this institution?

22 |      YES (✓)   NO ( )

23 | C.   Did you present the facts in your complaint for review through the grievance

24 |      procedure?

25 |      YES ( )   NO (✓)

26 | D.   If your answer is YES, list the appeal number and the date and result of the

27 |      appeal at each level of review. If you did not pursue a certain level of appeal,

28 |      explain why. I don't have to, because it's against a vendor

COMPLAINT                    - 1 -

1      1. Informal appeal _____

2

3

4      2. First formal level_____

5

6

7      3. Second formal level_____

8

9

10     4. Third formal level _____

11

12

13   E.   Is the last level to which you appealed the highest level of appeal available to

14       you?

15         YES ( )     NO ( )

16   F.   If you did not present your claim for review through the grievance procedure,

17 explain why. _It's Not Against the Prison. It Against the_

18 _Ventner Walkenhurst (company)_

19

20 II.   Parties.

21   A.   Write your name and your present address. Do the same for additional plaintiffs,

22       if any.

23 _Zimbabwe Ali Abdul Malik_

24

25

26   B.   Write the full name of each defendant, his or her official position, and his or her

27       place of employment.

28 _Ms. Patty (Walkenhurst) 774 Industrial Way Napa, CA 94558_

COMPLAINT                            - 2 -

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I bought a walkman from Walkerkest in August of 2006 & had it replaced do to the fact of a refault of the product. They replaced it in November 2006, which gives me a new warranty of that walkman. The warranty states I have 90 days (labor) & 1 year parts. When I returned the walkman in June of '07, I was told they didn't have a repair shop & I was given 3 options to (1) return to me but have to pay $6.60, (2) send to an outside residence (3) disposed of no charge. The warranty states free repair of parts which I wanted to be done, because it stop spinning. I wrote 3 letter the last one is August indicating I'll be filing a lawsuit if they don't send my walkman back to me free of charge, as the warranty states.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Send my walkman back free of charge or fix it or give me a new one for going through all of this. Ask for defendant to pay for this courts fees. And be rewarded $500.°° for suffering without

COMPLAINT                          - 3 -

my music at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of 13, 20 07

_____
(Plaintiff's signature)

COMPLAINT
- 4 -