

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

**FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC**

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

ABDULLE MALIK & #: V-04585
SALINAS VALLEY STATE PRISON (C3-107)
P.O. BOX 1050
SOLEDAD, CA 93960

LEGAL MAIL