To: Court Clerk

    Greetings! I filed a complaint on Sep. 21, 2007 case #C 07 4919cv and Im requesting information on the disposition of the case.

    Also, I'm requesting the following:

(2)Sum-100

(2)Motion for default judgement on Def.

(2)Motion for telephonic appearance

From:Zimbabwe A. Abdul-Malik

Zimbabwe A. Abdul-Malik

FILED

RECEIVED

MAR - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STATE OF CALIFORNIA**
**COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, **Zimbabwe A. Abdul-Malik** declare under penalty of perjury that: I am the **Petitioner** in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **27** day of **Feburary**, 20 **08**, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _____
                    DECLARANT/PRISONER

-------------------------------------------------------------------

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Zimbabwe A. Abdul-Malik**, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On **Feburary 27**, 2008, I served the foregoing: **Letter to the Clerk of the Court.**

_____

_____

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

_____

**U.S. District Court Northern District California**

_____

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _FEB. 27_, 20 _06_, _____
                                                            DECLARANT/PRISONER