

From:
Salinas Valley State Prison
C-3-107
P.O. Box 1050
Soledad, CA 93960

Legal Mail

SAN FRANCISCO CA 941
29 FEB 2008

To: Court Clerk
U.S. District Court
Northern District California
450 455 Golden Gate Ave.
San Francisco CA 94102-7004