IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZIMBABWE A. ABDUL-MALIK,

    Plaintiff,

  v.

WALKENHORST COMPANY and PATTY WALKHOURST,

    Defendants.
_____/

No. C 07-04919 CW

**AMENDED JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    Dated at Oakland, California, this 28th day of April, 2008.

                              RICHARD W. WIEKING
                              Clerk of Court

                              By: _____
                              SHEILAH CAHILL
                              Deputy Clerk

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ZIMBABWE A. ABDUL-MALIK,

        Plaintiff,

  v.

WALKENHORSTS et al,

        Defendant.

Case Number: CV07-04919 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zimbabwe Abdul-Malik V-04586
Salinas Valley State Prison
C3-107
P.O. Box 1050
Soledad, CA 93960

Dated: April 29, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk